UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **WACKENHUT SERVICES, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 09-1433 (RJL) |
| ) | |
| **UNITED GOVERNMENT SECURITY** ) | |
| **OFFICERS OF AMERICA, LOCAL 44,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this ___ day of September, 2010, it is hereby

**ORDERED** that the Motion by plaintiff Wackenhut Services, Inc. for Summary Judgment [#11] is **DENIED**; and it is further

**ORDERED** that the Cross-Motion by defendant United Government Security Officers of America, Local 44, for Summary Judgment [#13] is **GRANTED**; and it is further

**ORDERED** that final judgment be entered for the defendant on all counts in the Complaint.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge